ACCEPTED
01-15-00640-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 1:58:15 PM
CHRISTOPHER A. PRINE
CLERK

7/24/2015 9:54:40 PM
Chris Daniel - District Clerk Harris County
Envelope No. 6208315
By: CHRISTINE WASHINGTON
Filed: 7/24/2015 9:54:40 AM

**CAUSE NO. 2015-03393**

| | | |
|---|---|---|
| TES ELECTRIC, LP, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>8/14/2015 1:58:15 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| | § | |
| GREYSTONE MULTI-FAMILY BUILDERS, | § | |
| INC., KEN TURNER, AND MANUEL | § | HARRIS COUNTY, TEXAS |
| SANCHEZ, | § | |
| *Defendants.* | § | 125TH JUDICIAL DISTRICT |

### DEFENDANT GREYSTONE MULTI-FAMILY BUILDERS, INC.'S NOTICE OF INTERLOCUTORY APPEAL

Defendant Greystone Multi-Family Builders, Inc. hereby serves notice that it desires to appeal the Order Denying Defendant Greystone Multi-Family Builders, Inc.'s Motion to Compel Arbitration and Motion to Stay signed on July 6, 2015 in Cause No. 2015-03393, styled *TES Electric, LP v. Greystone Multi-Family Builders, Inc., Ken Turner, and Manuel Sanchez*, pending in the 125th Judicial District Court, Harris County, Texas. Defendant appeals to either the Court of Appeals for the First District of Texas or the Court of Appeals for the Fourteenth District of Texas.

This is an accelerated, interlocutory appeal pursuant to Texas Rule of Appellate Procedure 28.1(a), Texas Civil Practice and Remedies Code section 171.098, and Texas Civil Practice and Remedies Code section 51.016.

**DEFENDANT GREYSTONE MULTI-FAMILY BUILDERS, INC.'S**
**NOTICE OF INTERLOCUTORY APPEAL — PAGE 1**

Dated: July 24, 2015

Respectfully submitted,

THOMPSON & KNIGHT LLP

By:  /s/ Megan H. Schmid
    J. Michael Bell
    State Bar No. 02079200

    Megan H. Schmid
    State Bar No. 24074383

333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 654-8111 - Telephone
(713) 654-1871 - Facsimile
Michael.Bell@tklaw.com
Megan.Schmid@tklaw.com

**ATTORNEYS FOR DEFENDANT GREYSTONE MULTI-FAMILY BUILDERS, INC.**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document has been served upon all counsel of record below, pursuant to the Texas Rules of Civil Procedure, on this the 24th day of July, 2015:

Ashish Mahendru                *Via E-mail and E-Service*
Darren A. Braun
Mahendru, P.C.
639 Heights Boulevard
Houston, Texas 77007
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com
*Attorneys for Plaintiff*

                     /s/ Megan H. Schmid
                    Megan H. Schmid

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **To:** | Gray, Anita K. |
| **Subject:** | eFileTexas.gov – Filing Accepted - 6208119 |
| **Date:** | Friday, July 24, 2015 2:48:16 PM |



# Filing Accepted

Envelope Number: **6208119**

The filing below was reviewed and has been accepted by the clerks office. Be sure to click the link below to retrieve your file stamped copy of the document filed.

| Filing Details | |
|---|---|
| **Court** | Harris County District Civil |
| **Case Number** | 201503393 |
| **Case Style** | TES ELECTRIC LP v GREYSTONE MULTI-FAMILY BUILDERS INC |
| **Date/Time Submitted** | 7/24/2015 9:54:40 AM |
| **Date/Time Accepted** | 7/24/2015 2:45:21 PM |
| **Accepted Comments** | Thank you for Efiling Senior Deputy Clerk Phylllis Washington |
| **Filing Type** | Notice of Appeal |
| **Activity Requested** | EFileAndServe |
| **Filed By** | Anita Gray |

| Document Details | |
|---|---|
| **Lead File** | 150724.Defendant Greystone Multi-Family Builders, Inc.'s Notice of Interlocutory Appeal.pdf |
| **Lead File Page Count** | 2 |
| **File Stamped Copy** | https://efile.txcourts.gov/ViewDocuments.aspx?FID=6ec06ede-2d8e-478e-b073-661e6c6e56b2 This link is active for 35 days. |

| Contact your service provider with any questions | |
|---|---|
|  | Need Help? Help Visit: https://efiletexas.gov/contacts.htm Email: support@eFileTexas.gov |

Please do not reply to this email. It was generated automatically by [eFileTexas.gov](http://eFileTexas.gov)

| | |
|---|---|
| **From:** | Gray, Anita K. |
| **To:** | "amahendru@thelitigationgroup.com"; "dbraun@thelitigationgroup.com" |
| **Cc:** | Schmid, Megan; Bell, J. Michael; Mushinski, Mary |
| **Subject:** | No. 2015-03393; TES Electric, LP vs. Greystone Multi-Family Buildings, et al. - COURTESY COPY |
| **Date:** | Friday, July 24, 2015 10:05:02 AM |
| **Attachments:** | image001.png<br>150724.Defendant Greystone Multi-Family Builders, Inc."s Notice of Interlocutory Appeal.pdf<br>150724.Defendant Greystone Multi-Family Builders, Inc."s Request for Preparation of Clerk"s Record.pdf<br>150724.Defendant Greystone Multi-Family Builders, Inc."s Request for Preparation of Reporter"s Record.pdf |

Please find enclosed courtesy copies of the following instruments which were filed electronically today:

1.  Defendant Greystone Multi–Family Builders, Inc.'s Notice of Interlocutory Appeal;
2.  Defendant Greystone Multi–Family Builders, Inc.'s Request for Preparation of Clerk's Record; and
3.  Defendant Greystone Multi–Family Builders, Inc.'s Request for Preparation of Reporter's Record.

_____

**Anita Gray | Thompson & Knight LLP**
Legal Secretary to Robert Paddock,
Gregory Meece, Emily Miller,
Nancy Hargrove and Jennifer Sickler

333 Clay St., Suite 3300, Houston, Texas  77002
(713) 653–8628 (direct) | (713) 654–8111 (main) | (713) 654–1871 (fax) | anita.gray@tklaw.com
www.tklaw.com



This message may be confidential and attorney-client privileged.  If received in error, please do not read.  Instead, reply to me that you have received it in error and delete the message.